UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Howard R. Fogle, Jr., et al</u>

          v.          08-cv-388-JM

<u>Wilmington Finance, et al</u>


<u>O R D E R</u>

I hereby recuse myself from this case.  Case to be reassigned to another Judge.


SO ORDERED.


February 22, 2010          /s/James R. Muirhead
                                   James R. Muirhead
                                   United States Magistrate Judge


cc:    Thomas P. Hand, Jr.