UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Howard R. Fogle, Jr., et al.

        v.         Civil No. 08-cv-388-JD

Wilmington Finance, et al.

O R D E R

On November 4, 2010, an Order was issued that the case as to Defendant Saratoga First Guarantee Funding would be dismissed on November 12, 2010, unless a return of service or motion to extend was filed. On November 12, plaintiff filed a Motion to extend time to effect service to November 26, 2010; the motion was granted on the same day.

As the November 26 deadline has now passed, and as nothing further has been filed as to Saratoga First Guarantee Funding, the case as to Saratoga First Guarantee Funding is herewith ordered dismissed without prejudice.

    SO ORDERED.

December 15, 2010         */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

cc:    Todd Stevens, Esq.
       Joy Harmon Sperling, Esq.
       Mark Swirbalus, Esq.
       Michael Weiss, Esq.
       Chad Higgins, Esq.
       John Mangones, Esq.